## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Shane McGuire on behalf of      :
Colby Neidig,                 :
             Appellant        :
                                :
        v.                  :       No. 141 C.D. 2020
                                :
City of Pittsburgh              :

**PER CURIAM**                      **O R D E R**

        NOW, May 3, 2021, having considered Appellants' application for reargument, the application is denied.